#11092606
$123.97
10/25/11
[initials]

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
    UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

    APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 123.97

IN 2 CHECKS # 15788 FOR $ 15.01 & CHECK # 15789 FOR $108.96

                    Representing unclaimed funds.

DATED: 10-19-2011

                    _____
                    ALBERT J. MOGAVERO
                    TRUSTEE

FILED OCT 25 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 187262 | DAVIS | 0813044 | 5.00 | CHAPTER 7 TRUSTEE | WILLIAM LAWSON | | UNKNOWN | NY | 14202 |
| 187264 | BECKER | 1010261 | 5.01 | CHAPTER 7 TRUSTEE | -MARK SCHLANT | | UNKNOWN | NY | 14202 |
| 187265 | ELIAS | 0815430 | 5.00 | CHAPTER 7 TRUSTEE | WILLIAM LAWSON | | UNKNOWN | NY | 14202 |
| 192133 | GOUDY | 0601463 | 5.00 | KEITH & AMY GOUDY | 156 FAIRFIELD AVENUE | | BUFFALO | NY | 14223 |
| 192141 | KLUKOWSKI | 0603414 | 3.12 | DAWN M KLUKOWSKI | 874 FALCON DRIVE | | DEPEW | NY | 14043 |
| 192142 | HINES | 0603457 | 6.55 | KEVIN E HINES | 498 WINSPEAR AVE. | | BUFFALO | NY | 14215 |
| 192143 | SMITH | 0700512 | 5.01 | JOHN L SMITH | 53-549 KAMEHAMEHA HWY. | #710 | HAUULA | HI | 96717 |
| 192158 | MURPHY | 0701320 | 5.02 | WILLIE E MURPHY | 20 HAGER ST. | | BUFFALO | NY | 14208 |
| 192168 | VAN WIE | 0704082 | 5.01 | MICHAEL & JEAN VAN WIE | 2261 OAKLEY PLACE | | LAKE VIEW | NY | 14085 |
| 192176 | EBERHART | 0705063 | 5.00 | JULIE L EBERHART | 144 HEDLEY PLACE | | BUFFALO | NY | 14208 |
| 192185 | HARPER | 0811907 | 5.00 | TODD D HARPER | 12663 MCNEELY ROAD | | AKRON | NY | 14001 |
| 192191 | TURTON | 0813396 | 41.11 | ELAINE D TURTON | 101 SOUTH EAGLECREST DRIVE | | HAMBURG | NY | 14075 |
| 192197 | RODRIGUEZ | 0910379 | 18.12 | MARIAM RODRIGUEZ | 39 LIVINGSTON AVE. | | JAMESTOWN | NY | 14701 |
| 192205 | BARRON | 1010139 | 5.01 | LOUISE BARRON | 228 ORA WRIGHTER DRIVE | | BUFFALO | NY | 14204 |
| 192207 | REINARD, SR. | 1010583 | 5.01 | GARY L REINARD, SR. | 4012 CREEK ROAD | | CHAFFEE | NY | 14030 |
| | | | $123.97 | | | | | | |